Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
***Attorneys for Plaintiff***

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated, ) ) ) | Case No. 2:17-cv-03842 |
| Plaintiff, ) ) ) | **NOTICE OF SETTLEMENT** |
| vs. ) ) ) | |
| HARBORTOUCH PAYMENTS, LLC; and DOES 1 through 10, inclusive, ) ) ) | |
| Defendant. ) ) | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** July 19, 2017          **Law Offices of Todd M. Friedman, P.C.**

By: /s/ Todd M. Friedman_____
Todd M. Friedman, Esq.
Attorneys for Plaintiff

Filed electronically on this 19th Day of July, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Philip S. Gutierrez
Honorable Magistrate Judge Patrick J. Walsh
United States District Court
Central District California

And all Counsel of Record as recorded on the Electronic Service List.

This 19th Day of July, 2017

s/Todd M. Friedman
   Todd M. Friedman, Esq.